# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 07-0852 GAF (JCx) | Date | February 20, 2007 |
|---|---|---|---|
| Title | Kara v. Lions Gate Entertainment, Inc., et al. | | |

| Present: The Honorable | **GARY ALLEN FEESS** | | |
|---|---|---|---|
| Marilynn Morris | None | | N/A |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

None                                        None

**Proceedings:**      (In Chambers)

## DOE DISMISSAL

Pursuant to Local Rule 19-1, no complaint or petition shall be filed that includes more than ten Doe or fictitiously named parties. Accordingly, the Court hereby **DISMISSES** Doe Defendants 11 through 100, inclusive.

IT IS SO ORDERED.



Initials of Preparer