GRAHAM B. LIPPSMITH, ESQ.
GIRARDI & KEESE
1126 Wilshire Blvd.
Los Angeles, CA 90017
(213) 977-0211

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SIDDHARTH KARA, an individual | CASE NUMBER |
| Plaintiff(s), | CV07-00852 GAF (JCx) |
| v. | |
| LIONS GATE ENTERTAINMENT, INC., a California corporation; et al. | NOTICE OF DISMISSAL PURSUANT RULE 41(a) or (c) F.R.Civ.P. |
| Defendant(s). | |

BY FAX

PLEASE TAKE NOTICE: *(Check one)*

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☒ ONLY Defendant(s) BLUE SKY MEDIA, INC., a California corporation

is/are dismissed from *(check one)*  ☒ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by Plaintiff Siddharth Kara.

The dismissal is made pursuant to Rule 41(a) or (c) of the Federal Rules of Civil Procedure.

8/14/2007
Date                                    Signature of Attorney/Party

NOTE: *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

CV-9 (07/01)              NOTICE OF DISMISSAL PURSUANT TO F.R.Civ.P. 41(a) or (c)                    CCD-09

Dockets.Justia.com

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1126 Wilshire Boulevard, Los Angeles, California 90017-1904.

    On August 14, 2007, I served the foregoing document described as **NOTICE OF DISMISSAL PURSUANT TO RULE 41(a) or (c) F.R.Civ.P.**, on all interested parties in this action as set forth on the attached service list in the following manner:

### SEE ATTACHED SERVICE LIST

- ☑ **BY MAIL:** I am familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.
- ☐ **BY FACSIMILE:** In addition to service by mail as set forth above, a copy of said document(s) was also delivered by facsimile transmission to the addressee(s) pursuant to Code of Civil Procedure §1013(e).
- ☐ **BY OVERNIGHT MAIL:** I caused said document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.
- ☐ **BY PERSONAL SERVICE:** By causing personal delivery of the document listed above to the person at the address set forth on the attached service list.
- ☐ **BY ELECTRONIC SERVICE:** I caused the above document to be emailed to the addressee.

- ☑ STATE     I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

- ☑ FEDERAL     I declare that I am employed in the office of the member of the bar of this court at whose direction the service was made.

Executed on August 14, 2007, at Los Angeles, California.

ANNA MENEDJIAN

## SERVICE LIST
## KARA v. LIONS GATE ENTERTAINMENT, et al.

Richard C. Rey II, Esq.
Weston & McElvain LLP
888 West Sixth Street, 15th Floor
Los Angeles, CA 90017
Tel.: (213) 596-8000
Fax: (213) 596-8039
rrey@wmattorneys.com
Attorneys for Defendants, LIONS GATE ENTERTAINMENT, INC.,
LIONS GATE FILMS, INC., ROLAND EMMERICH,
CENTROPOLIS ENTERTAINMENT, INC.,
PETER LANDESMAN and JOSE RIVERA

Daniel C DeCarlo, Esq.
Lewis Brisbois Bisgaard & Smith LLP
221 N Figueroa St #1200
Los Angeles, CA 90012
Tel.: (213) 250-1800
Fax: (213) 250-7900
decarlo@lbbslaw.com
Attorneys for Defendants, ROSILYN HELLER and
DRESDEN DRIVE PRODUCTIONS, INC.

Paul J. Laurin, Esq. / Christopher Good, Esq.
Weiner & Laurin
15760 Ventura Blvd., Suite 1727
Encino, CA 91436
Tel.: (818) 501-8898
Fax: (818) 501-8897