```
 1  WESTON & McELVAIN LLP
    Randy M. McElvain (SBN 137046)
 2  Richard C. Rey II (SBN 193212)
    888 West Sixth Street, 15th Floor
 3  Los Angeles, California 90017
    Telephone:  (213) 596-8000
 4  Facsimile:  (213) 596-8039
    E-mail:     rmm7@wmattorneys.com
 5              rrey@wmattorneys.com

 6  Attorneys for Defendants LIONS GATE
    ENTERTAINMENT, INC., LIONS GATE FILMS,
 7  INC., CENTROPOLIS ENTERTAINMENT, INC.,
    ROLAND EMMERICH, JOSE RIVERA and
 8  PETER LANDESMAN

 9  LEWIS, BRISBOIS, BISGAARD & SMITH LLP
    DANIEL C. DeCARLO, SBN 160301
10  ddecarlo@lbbs.com
    CYNTHIA DIXON, SBN 247221
11  cdixon@lbbs.com
    221 North Figueroa Street, Suite 1200
12  Los Angeles, CA 90012
    Telephone:  (213) 250-1800
13  Facsimile:  (213) 250-7900

14  Attorneys for Defendants ROSILYN HELLER and
    DRESDEN DRIVE PRODUCTIONS, INC.
15
    GIRARDI & KEESE
16  THOMAS V. GIRARDI, SBN 36603
    tgirardi@girardikeese.com
17  GRAHAM B. LIPPSMITH, SBN 221984
    glippsmith@girardikeese.com
18  1126 Wilshire Boulevard
    Los Angeles, CA 90017
19  Telephone:  (213) 977-0211
    Facsimile:  (213) 481-1554
20
    Attorneys for Plaintiff SIDDHARTHA KARA
21
22                 UNITED STATES DISTRICT COURT
23              FOR CENTRAL DISTRICT OF CALIFORNIA
                         WESTERN DIVISION
24
25  SIDDHARTH KARA,              )  CASE NO. CV 07-00852 GAF (JCx)
                                 )
26            Plaintiff,         )  STIPULATION AND [PROPOSED]
                                 )  ORDER GRANTING LEAVE TO
27       vs.                     )  FILE A SECOND AMENDED
                                 )  COMPLAINT
28  LIONS GATE ENTERTAINMENT,
    INC.; a California corporation, LIONS
```

-1-

| | |
|---|---|
| 1 | GATE FILMS, INC. a California ) |
| 2 | corporation; ROSILYN HELLER, an ) individual; DRESDEN DRIVE ) |
| 3 | PRODUCTIONS, INC. a California ) corporation; ROLAND EMMERICH, ) |
| 4 | an individual; CENTROPOLIS ) ENTERTAINMENT, INC., a California ) |
| 5 | corporation; PETER LANDESMAN, an ) individual; JOSE RIVERA, an ) |
| 6 | individual; BLUE SKY MEDIA, INC., ) a California corporation, and DOES 1 ) |
| 7 | through 100, inclusive, ) |
| 8 | Defendants. ) |

9   The parties to the above-captioned proceeding, by and through their
10  undersigned attorneys, have entered into the following Stipulation regarding the
11  filing of the Second Amended Complaint:
12
13   WHEREAS, on April 18, 2007, Plaintiff SIDDHARTHA KARA
14  ("Plaintiff") filed a First Amended Complaint against Defendants LIONS GATE
15  ENTERTAINMENT, INC., LIONS GATE FILMS, INC., CENTROPOLIS
16  ENTERTAINMENT, INC., ROLAND EMMERICH, JOSE RIVERA, PETER
17  LANDESMAN, ROSILYN HELLER, DRESDEN DRIVE PRODUCTIONS,
18  INC. and BLUE SKY MEDIA, INC. (collectively, "Defendants");
19   WHEREAS, Answers to the First Amended Complaint were filed by
20  Defendants in May 2007 and June 2007, respectively;
21   WHEREAS, Plaintiff now seeks leave to file a Second Amended
22  Complaint against Defendants, wherein he intends to add a new defendant,
23  ROADSIDE ATTRACTIONS, LLC to the action as well as allegations of
24  infringement of a work recently registered with the Copyright Office called
25  "Trafficking";
26   WHEREAS, Defendants consent to Plaintiff's filing of the Second
27  Amended Complaint and Plaintiff agrees that this consent will not prejudice
28  Defendants' ability to assert any defense to any claim in this action;

C:\Documents and Settings\decarlo\Local Settings\Temp\XPGRPWISE\2007 08 28
Stip re SAC.DOC                    -2-

```
 1      WHEREAS, Plaintiff agrees that Defendants may file their response to
 2   the Second Amended Complaint within twenty (20) days of the Court's entry of
 3   the below Order;
 4
 5   IT IS SO STIPULATED.
 6
 7   DATED: August 31, 2007            WESTON & McELVAIN LLP
 8                                     By _____
 9                                        Richard C. Rey II
                                        Attorneys for Defendants LIONS GATE
10                                      ENTERTAINMENT, INC., LIONS GATE
                                        FILMS, INC., CENTROPOLIS
11                                      ENTERTAINMENT, INC., ROLAND
                                        EMMERICH, JOSE RIVERA and PETER
12                                      LANDESMAN

13   DATED: August 26, 20007           LEWIS, BRISBOIS, BISGAARD &
                                       SMITH LLP
14
15                                     By _____
                                          Dan C. DeCarlo
16                                      Attorneys for Defendants ROSLYN
                                        HELLER and DRESDEN DRIVE
17                                      PRODUCTIONS, INC.

18
19   DATED: August 30, 20007           GIRARDI & KEESE
20                                     By _____
21                                        Graham B. Lippsmith
                                        Attorneys for Plaintiff SIDDHARTHA
22                                      KARA

23
     PURSUANT TO STIPULATION, IT IS SO ORDERED.
24
25
26   DATED: 9/11, 2007                 _____
27                                        GARY A. FEESS
28                                     UNITED STATES DISTRICT COURT JUDGE
```

C:\Documents and Settings\decarlo\Local Settings\Temp\XPGRPWISE\2007 08 28 Stip re SAC.DOC

-3-

RECEIVED TIME AUG. 31. 2:35PM

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1126 Wilshire Boulevard, Los Angeles, California 90017-1904.

On September 4, 2007, I served the foregoing document described as **STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT**, on all interested parties in this action as set forth on the attached service list in the following manner:

## SEE ATTACHED SERVICE LIST

☑ **BY MAIL:** I am familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY FACSIMILE:** In addition to service by mail as set forth above, a copy of said document(s) was also delivered by facsimile transmission to the addressee(s) pursuant to Code of Civil Procedure §1013(e).

☐ **BY OVERNIGHT MAIL:** I caused said document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

☐ **BY PERSONAL SERVICE:** By causing personal delivery of the document listed above to the person at the address set forth on the attached service list.

☐ **BY ELECTRONIC SERVICE:** I caused the above document to be emailed to the addressee.

☑ STATE   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☑ FEDERAL   I declare that I am employed in the office of the member of the bar of this court at whose direction the service was made.

Executed on September 4, 2007, at Los Angeles, California.

ANNA MENEDJIAN

PROOF OF SERVICE

## SERVICE LIST
## KARA v. LIONS GATE ENTERTAINMENT, et al.

Richard C. Rey II, Esq.
Randy McElvain, Esq.
Weston & McElvain LLP
888 West Sixth Street, 15th Floor
Los Angeles, CA 90017
Tel.: (213) 596-8000
Fax: (213) 596-8039
rrey@wmattorneys.com
Attorneys for Defendants, LIONS GATE ENTERTAINMENT, INC.,
LIONS GATE FILMS, INC., ROLAND EMMERICH,
CENTROPOLIS ENTERTAINMENT, INC.,
PETER LANDESMAN and JOSE RIVERA

Daniel C DeCarlo, Esq.
Cynthia Dixon, Esq.
Lewis Brisbois Bisgaard & Smith LLP
221 N Figueroa St #1200
Los Angeles, CA 90012
Tel.: (213) 250-1800
Fax: (213) 250-7900
decarlo@lbbslaw.com
Attorneys for Defendants, ROSILYN HELLER and
DRESDEN DRIVE PRODUCTIONS, INC.

Paul J. Laurin, Esq. / Christopher Good, Esq.
Weiner & Laurin
15760 Ventura Blvd., Suite 1727
Encino, CA 91436
Tel.: (818) 501-8898
Fax: (818) 501-8897
Co-Counsel for Plaintiff